IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| DEMETRIUS M. EDWARDS, | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 3:09-CV-660-ID |
| | ) (WO) |
| SHERIFF JAY JONES, *et al.*, | ) |
| Defendants. | ) |

# **O R D E R**

After an independent review of the file, it is hereby CONSIDERED and ORDERED that:

1. The plaintiff's objection (Doc. # 7) to the Recommendation of the Magistrate Judge, filed on August 11, 2009, is OVERRULED;

2. The Recommendation of the Magistrate Judge (Doc. #6), filed on July 28, 2009, is ADOPTED;

3. Plaintiff's claims against defendants J. Jones, C. Torbert. C. Welch, and T. Jones are DISMISSED without prejudice and prior to service of process;[1]

4. Defendants J. Jones, C. Torbert. C. Welch, and T. Jones are DISMISSED as parties to the Complaint pursuant to 28 U.S.C. § 1919(e)(2)(B); and

5. This case is REFERRED back to the magistrate judge for further proceedings.

DONE this 4th day of September, 2009.

/s/ Ira DeMent
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] A dismissal "without prejudice" is a "dismissal that does not bar the plaintiff from refiling the lawsuit within the applicable limitations period." Black's Law Dictionary (8th ed. 2004)